IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDRA FRANKLIN,

          Plaintiff,

vs.

KELLEY'S NORTH BOWL,  HAINES
HOLDINGS, LLC, AND  DOES 1-5,

          Defendants.

**8:15CV369**

**SHOW CAUSE ORDER**

On December 21, 2015, the Court entered an order (filing no. 11) which required the defendant to retain counsel and respond to Plaintiff's Complaint by February 4, 2016. Defendant has not complied, and has not  explained the failure to comply, with this order.

Accordingly,

IT IS ORDERED that Defendants are given until March 24, 2016 to show cause why the court should not enter a default and/or default judgment against the defendants.  The failure to timely comply with this order may result in an entry and/or judgment of default against the defendants without further notice.

Dated this 23rd day of February, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge