IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SANDRA FRANKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>KELLEY'S NORTH BOWL, et al.,<br><br>    Defendants. | 8:15-CV-369<br><br>JUDGMENT |

  For the reasons stated in the accompanying memorandum and order, judgment is hereby entered in favor of the plaintiff and against the defendants, jointly and severally, in the amount of $5,398.75, and the defendants are ordered to bring Kelley's North Bowl into compliance with the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, in the specific respects set forth in the accompanying memorandum and order.

  Dated this 30th day of March, 2017.

              BY THE COURT:

              */s/ John M. Gerrard*
              John M. Gerrard
              United States District Judge